UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                       Case Number 10-20628-BC
                                       Honorable Thomas L. Ludington

BRAD STEVEN HOGGARD,

      Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT 1 OF THE INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted on June 13, 2011 by United States Magistrate Judge Charles E. Binder pursuant to the Defendant's consent. Judge Binder issued his report on June 13, 2011, recommending acceptance of Defendant's guilty plea. Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation [Dkt # 33] is **ADOPTED**.

It is further **ORDERED** that the defendant's guilty plea as to count 1of the indictment is

**ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. # 31] is taken **UNDER ADVISEMENT**.

                                                      s/Thomas L. Ludington  
                                                      THOMAS L. LUDINGTON  
                                                      United States District Judge

Dated: July 15, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 15, 2011.

                                s/Tracy A. Jacobs  
                                TRACY A. JACOBS

---